

*James F. Schneider*
JAMES F. SCHNEIDER
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:

    BERNARD DAVIS                    Case No. 12-21142-JS

    Debtor (s)                           (Chapter 13)

\*     \*     \*     \*     \*     \*     \*

## PRE-CONFIRMATION PAYMENT ORDER

The Court finding that the Debtor(s) named above has filed a proposed Chapter 13 plan and a portion of the Debtor's earnings are necessary for the execution of the plan; the Debtor(s) having filed a Motion requesting entry of this Order, and it appearing that the Debtor, BERNARD DAVIS, SS# ###-##-1244 is employed by:

        **JOHNS HOPKINS HOSPITAL**
        **1101 E 33RD STREET #D-200**
        **BALTIMORE, MD 21218-0000**

        **ATTN: PAYROLL DEPARTMENT**

IT IS ORDERED, that the named Employer is directed to deduct from the earnings of the Debtor the sum of $ 400.00 each calendar month, beginning with the first pay period next succeeding the Employer's receipt of this Order, and to pay the amount deducted, within 15 days of the close of each calendar month, to Ellen W. Cosby, Trustee, P.O. Box 1838, Memphis, TN 38101, (410-825-5923), and it is further,

ORDERED, that, until further Order of the Court, the Employer shall not make any deduction for account of any garnishment, wage assignment, credit union or any other purpose except deductions for income taxes, social security contributions, union dues, insurance or health and welfare plans pursuant to the Debtor's employment contract, and child support withholdings pursuant to an order of a court of competent jurisdiction, and it is further,

ORDERED, that the Employer shall notify the Trustee if the Debtor's employment terminates.

cc: Trustee, Debtor(s), Attorney for Debtor(s), Employer

**END OF ORDER**